**MEMORANDUM**
**TO THE HONORABLE NINA GERSHON**
United States District Judge

FILED
IN CLERKS OFFICE
U.S. DISTRICT COURT E.D. N.Y:

★ NOV 8 2007 ★

P.M. _____
TIME A.M. _____

RE:        Leon Griffin
DOCKET NO.:   1:96-CR-00858-NG-1

Request to Vacate Violation of Supervised
Release Report dated March 22, 2007

Reference is made to our last correspondence dated October 2, 2007 (attached), wherein we provided the Court with a status report regarding Mr. Griffin's compliance with his treatment conditions, employment situation and requested an adjournment. Griffin's next Court appearance before Your Honor is scheduled for November 8, 2007, at 10:30A.M. The defendant was scheduled to expire from supervised release on April 1, 2007, however, this was prevented by the filing of our violation report.

The purpose of this correspondence is to provide the Court with updated information regarding Griffin's overall adjustment and to provide an updated recommendation. As outlined in our last correspondence, the Probation Department's major concerns were the subject's chronic unemployment and failure to avail himself to anger management treatment. As evidenced by Griffin's continued submission of pay-stubs and an interview with the subject's employer, Griffin has maintained stable employment with Bookman Construction since May 16, 2007. Furthermore, Griffin has been steadily attending anger management treatment since July 3, 2007. On November 5, 2007, the undersigned officer spoke with Christina Wright (subject's primary anger management treatment provider) who advised that the defendant has had perfect attendance and always participates in sessions. Furthermore, Ms. Wright reported that the defendant has made tremendous strides in treatment over the last four months.

Given the fact that Griffin has maintained employment for approximately 6 months and has dutifully participated in anger management treatment for 4 months, the probation department recommends that the violation report (dated March 22, 2007) be vacated and that the defendant be allowed to expire from supervision. If the Court concurs we will notify all appropriate parties that the November 8, 2007, Court appearance has been taken off Your Honor's calendar. We await the Court's decision in this matter.

RESPECTFULLY SUBMITTED:

TONY GAROPPOLO
CHIEF U.S. PROBATION OFFICER

PREPARED BY: _____
Harry R. Collins
U.S. Probation Officer

APPROVED BY: _____
Anthony Castellano
Supervising U.S. Probation Officer

The Court directs the following:

☒ Vacate Violation / Terminate Defendant from Supervision:
☐ Other Directive _____

s/ NG                    11-6-07
U.S. District Judge       Date

November 5, 2007